IN THE UNITED STATES DISTRICT COURT FOR THE

DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:08CR56 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY REY MEDINA, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | 8:14CR193 |
| | ) | |
| v. | ) | |
| | ) | |
| TONY REY MEDINA, | ) | ORDER |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

At the request of the probation officer, and to allow defendant to complete a treatment program,

IT IS ORDERED that the hearing on the petitions for warrant or summons for offender under supervision (Filing No. 110 in 8:CR56; Filing No. 24 in 8:14CR193) is rescheduled for:

**Wednesday, April 12, 2017, at 9 a.m.**

Courtroom No. 5, Roman L. Hruska United States Courthouse, 111 South 18th Plaza, Omaha, Nebraska.

DATED this 2nd day of December, 2016.

BY THE COURT:

/s/ Lyle E. Strom
_____
LYLE E. STROM, Senior Judge
United States District Court